FILED

2017 MAR 28 PM 1:22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

**BENJAMIN M DUBAY**
**& WILLIAM B DUBAY, LLC**
**C/O BENJAMIN M DUBAY**
852 W AMERICAN EAGLE DR
ST AUGUSTINE FL 32092
727-656-3595
BENJAMINDUBAY@GMAIL.COM

☐ Plaintiff/ ☐ Defendant, In Proper Person

IN THE UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| BENJAMIN MICHAEL DUBAY, PRO SE & WILLIAM B DUBAY, LLC, PRO SE<br><br>Plaintiff(s),<br><br>vs.<br><br>STEPHEN KING<br><br>Defendant | Case No.: 3:17-cv-348-J-20MCR<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

**COMPLAINT**

Plaintiff(s), Benjamin M DuBay, PRO SE & William B DuBay, LLC PRO SE complains and alleges on information and belief as follows:

**INTRODUCTION**

1. This lawsuit stems from the Defendant King's production, publication and distribution of the intellectual property, Roland Deschain aka The Gunslinger ("Roland Deschain") in The Dark Tower series of novels, which unlawfully copies the protected elements of the intellectual property Restin Dane aka The Rook ("Restin Dane"), a widely popular comic book character

that debuted in the United States, and worldwide, in 1977. Roland Deschain's similarities to Restin Dane are of such a shocking and extraordinary nature that they can only be explained by copying; which is not surprising given the high degree of access that Defendant King had to Restin Dane. The character Roland Deschain is strikingly similar to the comic book character Restin Dane as a result of willful infringement. Defendant King fraudulently concealed the infringement through misrepresentations and through transformation of a prior work.

## JURISDICTION AND VENUE

2. Plaintiff's claim arises under the Copyright Laws of the United States, as amended (17 U.S.C. § 101 et seq.). This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§ 1338 and 1331.

3. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2) and 1400(a) because Defendant King has committed acts of infringement in this judicial district, and resides in this District.

## PARTIES

4. Plaintiff Benjamin M DuBay ("Plaintiff") is a resident of Florida and received assignment of copyright from William B DuBay while residing in this District. All development work, performed on Restin Dane aka The Rook, is performed in this District.

5. William B DuBay, LLC ("Co-Plaintiff") is a California limited liability company. All work for William B DuBay, LLC is performed in Florida by Plaintiff in this District.

6. Defendant Stephen King ("King") resides in Sarasota County Florida, in this District.

7. Plaintiff intends to seek leave of Court to amend this complaint to include any and all other Defendants when discovered or that may conspire to infringe in the future. Plaintiff believes and is informed, alleges based thereon, that the named Defendant, as author, was responsible for the occurrences alleged herein, and that Plaintiff's damages, alleged herein, were caused by such conduct.

8. All conditions precedent to the prosecution of this action have been satisfied, fulfilled, extinguished, waived or otherwise executed.

## BACKGROUND FACTS

9. Plaintiff is the owner of the intellectual property known as Restin Dane AKA The Rook. Plaintiff operates Co-Plaintiff, William B DuBay, LLC, an entertainment production company organized by the heirs of William Bryan DuBay ("WBD"). WBD created the comic book character Restin Dane, published under The Rook title in or around October 1976. Restin Dane is a time-traveling, monster-fighting, romantic adventure hero;

who has a penchant for dressing as a cowboy from the Old West and is symbolized by a rook bird.

10. Restin Dane first appeared in Eerie Vol. 82 January 19, 1977. Restin Dane caused Eerie comic magazine to outpace all major comic book titles in the year 1977. From 1977-1979, Restin Dane was the most celebrated character featured in Creepy, Eerie and Vampirella; Warren Publishing Co.'s ("WPC") flagship titles.

11. Due to the success the character achieved, Restin Dane graduated to a comic magazine of its own name and alias, The Rook, in Oct. 1979. The Rook magazine lead all other WPC titles with an average of approx. 135,000 copies in print per issue; distributed six (6) times in 1982.

12. Restin Dane was distributed in greater than five (5) million comic magazine copies, throughout the United States, from January 1977 thru March 1983.

13. Restin Dane was distributed worldwide from 1977-1990 in at least five (5) languages; English, Spanish, Italian, Portuguese and Turkish.

14. Restin Dane is an original work of authorship fixed in a tangible medium of expression. The Rook is available in comic book, graphic novel and electronic form; and is presently offered for sale by Dark Horse Comics on a non-exclusive basis and by GooglePlay in a mobile video game.

15. Plaintiff is the legal owner of the copyright for the work entitled The Rook, which is registered with the United States Copyright Office in Registration No. B188968 with a registration date of February 4, 1977 and an initial publication date of January 19, 1977. This work features the introduction of the original character Restin Dane, created by WBD. The work containing Restin Dane was published and made available by retailers worldwide.

16. Plaintiff as successor to WBD and WPC is, and together at all times material hereto, the owner(s) of the copyright in Restin Dane, the character, and is entitled and authorized to protect it against copyright infringement, including the enforcement of copyright actions.

17. Defendant King's character, Roland Deschain, is strikingly similar to Plaintiff's Restin Dane comic book character. Defendant King had a high degree of access to Restin because he admits to reading the titles that Restin Dane was featured; and at the time the character was most popular and celebrated.

18. Defendant King copied The Rook character Restin Dane to create Roland Deschain without Plaintiff's authorization, which constitutes infringement of Plaintiff's copyright in the character Restin Dane.

19. Defendant King claims to have written an unpublished manuscript ("manuscript") in March of 1970. Defendant King went on a "Grand Hunt"

for the manuscript on July 12, 1977; when he found it. Defendant King began "working on an old story" on that day according to details outlined in Defendant King's journal entries.

20. Defendant King was a super-fan of WPC. Defendant King's first story that Defendant King ever submitted for publication was submitted to WPC; at the age of (14) fourteen. Defendant King was a subscriber to WPC premier titles. Restin Dane was the most successful character of all WPC titles, causing both Eerie Magazine and, later, The Rook Magazine to outsell all other titles in the WPC catalogue. Defendant King was aware of Restin Dane's unparalleled success in comics during the year 1977, and thereafter, at the time of Defendant King's access. Defendant King cites a survey, which appears in Creepy 100, in Defendant King's Danse Macabre and that demonstrates this fact. That is to say that Restin Dane worked and Defendant King was aware of this fact.

21. Defendant King admits to copying for profit in his memoir, On Writing.

22. Defendant King's access to Restin Dane was of the highest degree. Defendant King admits to access. The conclusion of the first Restin Dane story-arc was June 1977. Timing is relevant to access. Defendant King admits to pouring over the material that Restin Dane was featured in order to see what worked. Defendant King considered Creepy, Eerie & Vampirella to

contain the "best" material in the marketplace; all titles that featured Restin Dane at the time of Defendant King's access. Defendant King implored others to read this material; declaring that a writer's chance of success was virtually "zero" otherwise. Defendant King copied an idiosyncratic nexus point on Earth in the form of a rose from Peter Hypnos, a story published immediately before The Rook in Eerie Magazine. This has not gone unnoticed by the lay observer: "aspects of the Dark Tower existed in realities outside the All-World in various forms, such as a rose. The second Peter Hypnos story featured our protagonist being pulled into the Dreamlands by an extension of that realm that appeared in the form of a rose, so some connection might exist." Timing is relevant to access. Defendant King copied the Great Haunting/Cataclysm, respectively, and many other thematic elements from Moonshadow which appears immediately after The Rook in Eerie Magazine, through March 1978, in sequential issues and at the time of Defendant King's access. Timing is relevant to access. This has not gone unnoticed by the lay observer: "Thematically, I found it very similar to Stephen King's 'Dark Tower' series". Defendant King's use of so many, otherwise unique expressions that unite so succinctly in Eerie Magazine immediately before, during and immediately after Restin Dane's debut is relevant to Defendant King's access.

23. Defendant King long desired for his work to be published at WPC. Defendant King submitted several stories to WPC editor, WBD, for consideration in Creepy, Eerie and Vampirella. Defendant King's work was not accepted and Defendant King took it personally. Defendant King kept every rejection letter that he ever received on a nail in his wall next to his workstation. Defendant King did not receive any rejection letters from WBD. Defendant King deliberately copied Restin Dane, WBD's most successful and prized creation.

24. Defendant King made significant transformations characteristically, symbolically and literarily to his unnamed protagonist featured in the manuscript after having gained access to Restin Dane. Defendant King used a previously unpublished manuscript about a bounty hunter as a vehicle to disguise the infringement through transformation of his prior work. These transformations can only be explained through willful copying and fraudulent concealment. After having completed this highly unusual and rapid character metamorphosis, Defendant King adopted Restin Dane's aesthetics and similar sounding name. The likeness, of which, has not gone unnoticed by average lay observers who, without any vested interest, and who were casual fans of The Dark Tower, recognized the exactness of Roland Deschain to Restin Dane: "Very much the feel of Roland", " Looks just like", "the resemblance is crazy" and "he could easily pass for". Another

lay observer, who was familiar with Restin Dane and when coming across a book cover to The Gunslinger claims: "he (King) stole The Rook." Other lay observers who were familiar with both works discussed: "I take it the OP never read The Dark Tower series" in response to the original poster's comment when referring to The Rook that "I thought it was a pretty creative story concept. I'm surprised nobody ever adopted it for a movie." Another asked the question: "Are we dealing with an accidental symbiosis?"

25. Defendant King's character Roland Deschain's aesthetics are strikingly similar to Restin Dane, which has been recognized by many lay observers and journalists alike. Many of those lay observers are The Dark Tower fans who know Roland Deschain best. Characteristically, all of the important parts align with striking similarity. By way of example, each are time-traveling, monster-fighting, quasi-immortal, romantic adventure heroes who dress as gunslingers despite not being from the Old West, who are vengeful and who have great knowledge of history. The most prolific symbol for both characters is a rook bird. The rook bird is Restin Dane's seal depicted on, virtually, all cover art and emblemized in his trade dress. The rook bird inexplicably appears on, virtually, all of the Gunslinger cover art alongside Roland and also in lieu of. Literarily, both characters are the story told and the protagonist of their respective tales. The removal of either character from their respective adventures would leave nothing at all, in

either work. Roland Deschain of Gilead's place of origin is traced to Gilead which is a homage to Goliad, historically known as "The Other Alamo" and a battle that pairs with the Battle of the Alamo. Restin Dane's place of origin is equally important to the work and is likewise traced to the Battle of the Alamo. In both idiosyncratic recreations of the same historical event, the lone survivor of the garrison is Restin and Roland, respectively, whereas the actual event resulted in the garrison being left without a survivor. In the inaugural story arc, Restin Dane meets a young boy at the Alamo, with whom he saves and who later becomes a fellow gunslinger and a member of his time-traveling team of three. Both characters descend from a family line of gunslingers and a quasi-immortal. Both works rely heavily on dimensional doors which connect to the tower that is the nexus point to other times, parallel-worlds and a dimensionless void between worlds devoid of everything except for monsters. The towers (Rook Manor and The Dark Tower) are also strikingly similar aesthetically. Roland Deschain is also similarly sounding to Restin Dane. There are also 25 similarities in character traits some of which are especially distinctive while others are, perhaps, less distinctive traits individually that are especially distinctive in combination.

26. Roland Deschain is an unlawful copy of Restin Dane, as evidenced by the following side by side comparison. A side-by-side comparison reveals that Roland Deschain and Restin Dane are two (2) examples of the same

character and articulate the theme of personal transformation through identity substitution in a substantially similar manner. By way of example, Restin Dane becomes The Rook and Roland Deschain becomes The Gunslinger, a member of the Knights of the White order, similarly symbolizing the roll of the character in chess and in the greater story arc; providing the framework for many sub-arcs in both works.




27.

| **Restin Dane - The Rook** | **Roland Deschain - The Gunslinger** |
|---|---|
| **Characterization** | **Characterization** |
| 1. He is tall with medium length and sometimes unkempt dark hair and long thick sideburns.<br>a. Restin Dane was featured on the covers of Eerie magazine beginning Mar. 1977 through Oct. 1979, Warren Presents May 1979 and 14 Rook magazine covers from Oct. 1979 through Apr. 1982; all of which portray Restin Dane with these features. | 1. He is tall with medium length and sometimes unkempt dark hair and long thick sideburns.<br>a. Roland Deschain is featured on multiple Gunslinger and The Dark Tower book covers from Jun. 1982 through Oct. 2016; all of which portray Roland Deschain with these features. |
| 2. He dresses as a cowboy.<br>a. The Encyclopedia of Weird Westerns describes the character as; "Restin Dane has a penchant for dressing as an Old West gunslinger…"<br>i. A small portion of the stories are set in the Old West. | 2. He dresses as a cowboy.<br>a. The Encyclopedia of Weird Westerns describes the character as; "Resembling Old West cowboys in appearance… Roland Deschain, Mid-World's last surviving Gunslinger…"<br>i. None of The Dark Tower is set in the Old West. |
| 3. He is a gunslinger; and hails from a long line of gunslingers.<br>a. In Eerie magazine May 1977 The Rook: The Day Before Tomorrow, Bishop Dane is advertised as the Master Gunfighter, the world's fastest gun and is revealed as Restin's great grandfather.<br>b. In Eerie magazine Aug. 1977 The Rook: Lost to the Land of Nowhen, Bishop offers to teach Manners how to be a "gunslinger". | 3. He is a gunslinger, and hails from a long line of gunslingers.<br>a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland is referred to as the last gunslinger.<br>b. In the anthology Legends: Aug 1998 The Little Sisters of Eluria, Roland refers to his guns as having been his fathers, and his fathers before him "all the way back to the days of Arthur Eld." |

| | |
|---|---|
| 4. He is a time traveler. | 4. He is a time traveler. |
| a. In Eerie Magazine Mar. 1977 The Rook: The Man Whom Time Forgot, Restin travels to the Alamo, 1836. | a. In The Drawing of the Three May 1987, Roland travels to New York City 1964, New York City 1977, New York City 1987. |
| b. In The Rook magazine Feb. 1982 The Rook: The Goblin, Restin travels to New York City 1917 & New York City 1981. | b. In The Dark Tower VII May 1987, Roland travels to Maine 1977. |
| 5. He possesses no super powers but is a crack shot. | 5. He possesses no super powers but is a crack shot. |
| a. In Eerie Magazine Mar. 1977 The Rook: The Man Whom Time Forgot, Restin is seen leaping through the air while firing down multiple gunman and firing with both hands. | a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland empties his six-shooters. "He missed one shot, downed eleven." "He had shot and killed thirty-nine men, fourteen women and five children. He had shot and killed everyone in Tull"; while firing with both hands. |
| b. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Restin is hanging upside down while gunning down the sheriff's henchmen. | |
| 6. His primary weapon(s) is a Colt 45 single action revolver. | 6. His primary weapon(s) is a Colt 45 single action revolver. |
| a. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Kate McCall gives Restin a single action Colt 45. | a. In The Magazine of Fantasy & Science Fiction Apr. 1980 The Way Station: Roland is given his guns after defeating Cort. |
| b. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Restin pulls the hammer back, demonstrating it a single action revolver. | b. In The Drawing of the Three May 1987, Roland's guns are revealed to be chambered to .45 LC (long colt) at Clement's gun store. |
| | c. In Wizard and Glass 1997, Roland is fanning the hammer; indicative of a shooting technique that allows near automatic firing in single action revolvers. |

| | |
|---|---|
| 7. He is skilled in hand to hand combat.<br>a. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Restin punches out numerous assailants. | 7. He is skilled in hand to hand combat.<br>a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland disarms Sheb from his knife by grabbing both wrists and twisting them until they were broken. |
| 8. A black bird companion fights by his side in the origin story arc.<br>a. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, The black bird is seen attacking an enemy who is about to attack Restin.<br>b. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Restin puts on a pair of rook wings and flies beside a rook into battle. | 8. A black and white bird companion fights by his side in the origin story arc.<br>a. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: Roland enters battle with a black bird by his side. The black bird attacks an enemy who is about to attack Roland.<br>b. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: "After today, I am hawk" |
| 9. A rook (black bird) is a major symbol for the series; which is the seal that represents the character. This symbol appears on an oversized belt buckle on at least 16 book covers and throughout all stories. | 9. A rook (black bird) is a major symbol for the series; which is a prolific symbol for The Gunslinger novel. This seal is featured on the current hard cover and paperback cover, the first mass-market release (1988) cover and at least 20 book covers. |
| 10. He is romantic.<br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow, Restin has a romantic embrace with January Boone; when Ms Boone had yet to even learn Restin's name.<br>b. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Kate McCall (a saloon owner) and Restin share a romantic | 10. He is romantic.<br>a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland had a romantic interlude with Allie (a saloon owner).<br>b. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: Roland casually took a woman, whom he did not know or speak and laid |

| | |
|---|---|
| embrace<br>c. In Eerie Magazine Jan. 1979 The Rook: Quarb and the Warball , Restin tells Katie he loves her.<br>d. In Eerie Magazine Jul. 1979 The Rook: Terror in the Spaceways, January calls Restin lover.<br>e. In Eerie Magazine Aug. 1979 The Rook: Terror in the Spaceways Pt 2, Restin kisses and caresses Cryssie. | with her. "It was quick and good."<br>c. In Wizard and Glass Nov. 1997, Susan Delgado is revealed to be Roland's first and only true love.<br>d. In the anthology Legends: Aug 1998 The Little Sisters of Eluria Roland falls in love with Jenna.<br>e. In The Drawing of the Three May 1987 King describes him as "He was romantic in his own harsh way… yet he was also a realist enough to know that some times love actually did conquer all." |
| 11. He is a monster fighter.<br>a. In Eerie Magazine Nov. 1977 The Rook: Future Shock, Restin fights a cyborg known as Erinyes.<br>b. In Eerie Magazine Aug. 1978 The Rook: The Coming of the Annihilator, Restin fights a giant monster known as Annihilator.<br>c. In Rook Magazine Feb. 1981 The Rook: Restin is attacked by a sea-creature.<br>d. In Eerie Magazine Nov. 1982 The Rook: The Fallen, Restin fights an animal shape-shifter. | 11. He is a monster fighter.<br>a. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants, Roland fights off mutants.<br>b. In The Drawing of the Three May 1987 Roland is attacked by a sea-creature known as a Lobstrocity.<br>c. In The Wastelands Aug. 1991, Roland fights a giant cyborg bear known as Shardik.<br>d. In The Wind through the Keyhole Feb 2012, Roland fights an animal shape-shifter. |
| 12. He is an adventurer.<br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow, Restin Dane is described by the author as an "adventurer in time." | 12. He is an adventurer.<br>a. In the Nov. 1981 printing of The Gunslinger and The Dark Man: the author describes the Roland "You are the world's last adventurer" |

13. His adventures through time, other worlds and alternate realities span American history and fantasy lore; where the tower is the linchpin to these worlds.

    a. In Eerie Magazine Mar. 1977 The Rook: The Man Whom Time Forgot, Rook Manor is shaped like a spire tower with a battlement. Rook Manor is the nexus point to Restin's travels to other times, universes and worlds.

    b. In Eerie Magazine Feb. 90 The Rook: Edge Surfers, Restin discovers the existence of alternate universes.

    c. In Eerie Magazine Nov. 1977 The Rook: Future Shock, Manners reveals that the Knight and Castler "takes shortcuts through dimensional doors"




13. His adventures through time, other worlds and alternate realities span American history and fantasy lore; where the tower is the linchpin to these worlds.

    a. In The Magazine of Fantasy & Science Fiction Nov. 1981 The Gunslinger and The Dark Man: "Suppose that all worlds, all universes, met in a single nexus, a single pylon, a Tower."

    b. In The Waste Lands Aug. 1991 during Eddie's dream, the Tower is first portrayed by Ned Dameron as a spire tower.

    c. In The Drawing of the Three May 1987, Roland encounters three interdimensional doors.



| | |
|---|---|
| 14. His nemesis is the man in black.<br><br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow, Gat Hawkin, Restin's black-garbed nemesis.<br><br>b. In The Rook Magazine Oct. 1981 The Rook: The Protectors. Bishop and Restin ponder the return of their black-garbed arch nemesis. | 14. His nemesis is the man in black.<br><br>a. In The Gunslinger, Marten aka Walter O'Dim aka Randall Flagg is Roland's black-garbed nemesis.<br><br>b. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: Marten seduces Roland's mother. |
| 15. He is the main protagonist.<br><br>a. Restin Dane, also known as The Rook, is the protagonist and hero of The Rook series. | 15. He is the main protagonist.<br><br>a. Roland Deschain, also known as The Gunslinger, is the protagonist and hero of The Dark Tower series. |
| 16. He possesses a strong sense of bravery.<br><br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow. Restin Dane uses himself as a target in order to draw Gat Hawkin's overpowering guns and to give Bishop time to get to the transporter. | 16. He possesses a strong sense of bravery.<br><br>a. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: Roland fights off a horde of mutants.<br><br>b. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland fights and kills 39 men. |
| 17. He is heroic.<br><br>a. In Eerie Magazine Mar. 1977 The Rook: The Man Whom Time Forgot, Restin tries to save his ancestor Parish Dane.<br><br>b. Restin saves a young boy, instead, who would later become a member of Restin's team and fellow gunslinger. | 17. He is heroic.<br><br>a. In The Drawing of the Three May 1987 Roland Deschain travels to the past to save a young boy.<br><br>b. This young boy, Jake, would later become a member of Roland's team and fellow gunslinger. |

| | |
|---|---|
| 18. He descends from a quasi-immortal.<br>a. In Eerie Magazine Jan. 1979 The Rook: Quarb and the Warball, we learn that the immortal Quarb is Restin's ancestor. | 18. He descends from a quasi-immortal.<br>a. In The Magazine of Fantasy & Science Fiction Nov. 1981 The Gunslinger and The Dark Man: it is revealed that Roland descends from Arthur Eld aka King Arthur. Roland is revealed to be near immortal by the man in black. |
| 19. He is a born leader.<br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow, Restin is the leader of his group. | 19. He is a born leader.<br>a. Roland is the leader of the Ka-Tet |
| 20. He is determined.<br>a. In Eerie Magazine Mar. 1977 The Rook: The Man Whom Time Forgot, Manners describes Restin as having "spent a lifetime planning, dreaming of the fates which awaited him in time!" | 20. He is determined.<br>a. In The Magazine of Fantasy & Science Fiction Nov. 1981 The Gunslinger and The Dark Man, "The dark came down on the world and the world moved on. The gunslinger waited for the time of the drawing and dreamed his long dreams of the Dark Tower, to which he would some day come at dusk and approach" |
| 21. He walks straight into danger without giving forward thought.<br>a. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Restin pursues Gat Hawkin into a saloon despite knowing he was heavily outgunned; and the ruthlessness of his arch-nemesis.<br>b. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, despite falling to Gat Hawkin's gun, Restin charges directly into battle guns ablaze. | 21. He walks straight into danger without giving forward thought.<br>a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland speaks of the trap set for him at Tull by the man in black. Despite Roland's weariness, he walked right into the trap.<br>b. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: "The gunslinger fired without allowing himself to think" |

| | |
|---|---|
| 22. He can endure injuries that would otherwise kill an ordinary man.<br>a. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, Gat Hawkin shoots Restin down at point blank range. Convinced Restin was dead, he ordered the body be removed before it stunk up the place. In short order. Restin was back to his feet pursuing his nemesis. | 22. He can endure injuries that would otherwise kill an ordinary man.<br>a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: Roland was beaten, stabbed in the back, the shoulder, the ass. "The Gunslinger was bleeding from perhaps twenty different wounds". |
| 23. He puts himself in harm's way in order to save his family and team members.<br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow, Restin Dane uses himself as a target in order to draw Gat Hawkin's overpowering guns and to give Bishop time to get to the transporter. | 23. He puts himself in harm's way in order to save his family and team members.<br>a. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: instead of leaving Jake behind, Roland fights the mutants away.<br>b. In The Drawing of the Three May 1987, Roland battles Balazar's men to save Eddie. |
| 24. He contemplates to himself; often talking to himself out loud.<br>a. In Eerie Magazine May 1977 The Rook: The Day Before Tomorrow, Restin Dane speaks to himself out loud; revealing his plans to his arch nemesis. | 24. He contemplates to himself; often talking to himself out loud.<br>a. In The Magazine of Fantasy & Science Fiction Jul. 1981 The Slow Mutants: "How easily you bluff this young boy, the gunslinger told himself dryly." "Show some guts, he told himself falsely." |
| 25. He is not a patient man, particularly when he is stressed.<br>a. In Eerie Magazine Jun. 1977 The Rook: Yesterday the Final Day, an vengeful Restin bursts right into the saloon to seek justice against Gat Hawkin without considering the trap set for him. | 25. He is not a patient man, particularly when he is stressed.<br>a. In The Magazine of Fantasy & Science Fiction Oct. 1978 The Gunslinger: "He did not reply for a long time, and she was about to repeat when he shook his head impatiently. Don't talk trivialities. You're here with death." |

26. In both works, Restin Dane and Roland Deschain are so central to the story that they are the story being told. Specifically, both of the works which depict Restin Dane and Roland Deschain incorporate their alias The Rook and The Gunslinger, respectively. Restin Dane's centrality to his storyline is one of his identifying characteristics as demonstrated by the use of his alias name in the series. Defendant King copied this centrality by using the alias of the character Roland Deschain as the name of the first book; The Gunslinger.

27. In recasting Restin Dane, Defendant King copied all of the important parts and offered no further transformation of Roland Deschain after this was accomplished.

28. Independent Creation is highly unlikely when access is discernible.

29. Independent Creation could not, and does not, exist. Defendant King claims to have written the manuscript in March 1970 on eccentric sized (7x10) bright green paper that had been lost from this period to the point that he went looking for on July 12, 1977; within a month of the conclusion of the first Restin Dane story-arc. Defendant King claims that he was inspired by Robert Browning's poem 'Childe Roland to the Dark Tower Came" when he wrote the original manuscript. Defendant King was not. Defendant King fraudulently concealed the true genesis of the work known as The Gunslinger to prevent the discovery of the copyright infringement.

30. Defendant King details, through entries in his journal, that the manuscript is a "stand on their own" story that ended with "At last, The man in black". Defendant King admits to adding the second part where the unnamed protagonist meets the young boy on July 12, 1977; who he later saves and who becomes a fellow gunslinger and a member of Roland's team. According to Defendant King, the part where he meets the little boy is The Way Station. Defendant King admits, other than The Gunslinger and The Way Station, no other written work exists for the series as of August 1978.

31. Defendant King, after having gained access to Restin Dane, went looking for the manuscript that featured a cowboy Slade. Slade is a bounty hunter that Defendant King wrote, also in 1970, and published in (8) eight installments, in The Maine Campus newspaper; and during the same period that the manuscript was written. Defendant King's protagonist Slade embodies the exact feel and is at least substantially similar to the unnamed protagonist in the manuscript written in March 1970. The similarities between the unnamed protagonist in the manuscript and Slade have not gone unnoticed by a highly regarded bibliographer: "Shorn of all comic pretenses, here is the essence of Slade: Roland, the gunslinger". Defendant King closes the series with "Slade and Stokley rode off into the sunset in search of new adventures." Defendant King admits that the genesis of the Man in Black is the Dark Man, a poem that is also published in 1970 at the University of

Maine in the periodical Moth. The manuscript is, far more likely, an unpublished sequel to Slade's pursuit of this Dark Man rather than Defendant King's wholly unsupported genesis of being in response to Browning's poem. Originally, the fifth chapter of The Gunslinger was titled The Gunslinger and The Dark Man. This has been changed. Defendant King concealed his copyright infringement by creating a false genesis to Roland Deschain in order to claim that he created his character independent of Defendant King's access to Restin Dane. Defendant King did not. After gaining access to Restin Dane, Defendant King admits that he looked feverishly for an otherwise finished manuscript; in order to make a crude attempt at transforming Slade, a bounty hunter and coldblooded killer, into a time-traveling romantic adventure hero.

32. CS Lewis's unfinished manuscript, The Dark Tower, was published in 1977 and was widely disseminated; worldwide. Timing is relevant to access, as are the idiosyncratic similarities present. Defendant King was a fan of CS Lewis. Defendant King gained access to The Dark Tower, published by Walter Hooper, in 1977. CS Lewis's The Dark Tower is in response to the same Robert Browning poem, "Childe Roland to the Dark Tower Came." Defendant King falsely purports that the poem inspired the manuscript written in March 1970. Whereas, the poem has no elements of time-travel, parallel worlds or a horned antagonist, both CS Lewis's work and Defendant

King's work share at least these three idiosyncratic adaptations of the same source, "Childe Roland to the Dark Tower Came." Defendant King pays homage to CS Lewis in "The Wind Through The Keyhole", the eighth and final novel in The Dark Tower series.

33. Defendant King's manuscript consists of approximately twenty thousand words that Defendant King set away for 7 years. Yet, there is no mention of the tower nor is the protagonist named until on/after July 12, 1977 according to Defendant King. There are no similarities between the source poem and the manuscript. In October 1978, the summary to The Gunslinger, printed in the Magazine of Fantasy & Science Fiction ("MFSF") describes the story as a "gripping fantasy about the last gunslinger and his search for The Man in Black." In April 1980, The Way Station printed in the MFSF describes the series as "For it is not ultimately the man in black which the gunslinger seeks; it is the tower." The changes to the premise of the story came after access according to Defendant King. After Defendant King gained access to CS Lewis's The Dark Tower, Defendant King sought out a protagonist with the intention of injecting time-travel, parallel worlds and adventure; elements that did not at all exist in the manuscript.

34. Defendant King could have sought permission from WBD instead of copying Restin Dane. Defendant King did not. Defendant King instead chose to use the genesis of CS Lewis's unfinished manuscript as the genesis

to Defendant King's manuscript in order to conceal the copying of Restin Dane by pre-dating his inspiration to March 1970. This concealment, through misrepresentations and transformation of a prior work, would have prevented the infringement from being discovered, by anyone, without an unreasonable burden being placed on the damaged party. Defendant King's actions were deliberate and intended to be insidious in order to prevent detection.

35. Defendant King made revisions to the manuscript, in the 2002 revision of The Gunslinger, which alter motivations of the protagonist and to name him Roland Deschain. In the manuscript, the unnamed protagonist guns down his lover in cold blood whereas in the revision, Allie begs the man she called Roland to kill her; and he does. These revisions are intended to conceal the otherwise crude attempt to transform an unnamed coldblooded killer into a romantic adventure hero named Roland Deschain.

36. Fraudulent concealment tolls the statute of limitations.

37. Defendant King's protagonist differs in characterization to that of Restin Dane in small but deliberately confusing ways such as Roland Deschain being a Gunslinger-Knight from Mid-World. Roland Deschain embodies no character traits that are distinctive to a knight such as aesthetics, weaponry or typical behavior such as mercy or courtesy to ladies; whereas his trade dress and guns are that of an Old West gunslinger despite

not being from the Old West. Defendant King blankly characterizing Roland Deschain as a knight is a crude attempt to give the appearance of dissimilarity. Defendant King names the parallel worlds in The Dark Tower series the Keystone World and All-World. The multiverse and parallel worlds, in The Rook, are first engrained in the story in February 1978. Defendant King does not clarify if Mid-World is a future of our world or a permutation of it. The Keystone World is represented as “our world”. Mid-World shares many historical similarities to “our world” such as the Bible, or the Nazi symbol on the plane outside the city of Lud; which according to Defendant King is like New York City down to the recreation of the George Washington Bridge. When Roland visits the “Keystone World” he recognizes companies from Mid-World such as Sombra Corporation, North Central Positronic, Citgo, Mobil, Sunoco, John Deere, etc. In “The Wind Through The Keyhole” a magic wand is said to have started out as a Dodge Dart gearshift created by the Great Old Ones, or modern man in “our world”. The Dark Tower: Complete Concordance states “Unfortunately, The Great Old Ones could well be our own descendants”. Mid-World is readily interpreted as a distant future of the Keystone World, “our world”, or a permutation of it. Defendant King's reliance on the reader's interpretation so heavily, in order to be less definitive, is a crude attempt to give the appearance of dissimilarity. In 4250 pages of The Dark Tower series,

Defendant King crudely, and on rare occasion, refers to time-travel while time-travel is rampant throughout the series. In The Waste Lands, Defendant King writes "This time-travel business is some confusing (expletive), isn't it?" "You can take comfort from one thing, at least', he told Roland. You -or this ka-tet business- were able to save the kid after all." Likewise, Restin Dane uses time-travel to save a similar aged kid from certain death and who later becomes a fellow gunslinger and a member of his time-traveling team of three; which occurs in the first Restin Dane arc that concludes within a month of Defendant King's "Grand Hunt" for the manuscript. Defendant King's attempt to disguise time-travel is an obvious attempt to give the appearance of dissimilarity.

38. In addition to Plaintiff's actual damages, Plaintiff is entitled to receive the profits made, from the date of concealment of the infringement, by Defendant King any and all other conspiring Defendants that may be discovered, from their wrongful acts, pursuant to 17 U.S.C. § 504(b), which are expected to exceed $500MM. Defendant King should be required to account for all gains, gross profits and advantages derived by Defendant King or by each conspiring Defendant that may be discovered, from their acts of infringement, which are expected to exceed $500MM.

39. In the alternative, Plaintiff is entitled to, and may elect to choose statutory damages pursuant to 17 U.S.C. § 504(c), which should be enhanced

by 17 U.S.C. § 504 (c) (2) because of Defendant's willful copyright infringement.

40. Plaintiff is entitled to, and may elect to choose injunctive relief under 17 U.S.C. § 502, enjoining any use or exploitation by Defendant King of their infringing work and for an order under 17 U.S.C. § 503 that any Defendant's infringing products be impounded and destroyed.

41. Plaintiff does not have an adequate remedy at law for Defendant King's wrongful conduct. Plaintiff's copyrights are unique and valuable and defendants' willful conduct is fraudulent, wrongful and irreparably injurious; and this conduct is ongoing and has been concealed to avoid detection. Plaintiff has suffered and will suffer irreparable injury that no adequate remedy exists unless Defendant King is enjoined by the Court. Therefore, Plaintiff prays that Defendant King, any and all other conspiring Defendants that may be discovered, as well as their respective agents, successors and assigns actively in concert or at any time in the past, be preliminarily and permanently enjoined from directly or indirectly infringing upon the Plaintiff's copyrights in any manner; and from duplicating or causing to be duplicated or in any way participating therein of said copyrighted work.

42. Plaintiff is entitled to recover reasonable attorneys' costs and fees pursuant to 17 U.S.C. § 505 and therefore seeks those costs and fees.

**COUNT 1**

## COPYRIGHT INFRINGEMENT

43. Paragraphs 1-42 are re-alleged and incorporated by reference herein.

44. Restin Dane and the rendered expression and elements therein, constitutes copyrightable expression protected by Copyright Act 17 U.S.C. § 101 et seq.

45. Plaintiff, as copyright owner of Restin Dane and under 17 U.S.C. § 106 and 501, is a legal and beneficial owner of the exclusive rights to reproduce Restin Dane in copies, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work and display the copyrighted work publicly.

46. Defendant King had a high degree of access to Restin Dane before Roland Deschain was created.

47. Defendant King's character, Roland Deschain, is substantially similar to Plaintiff's character, Restin Dane, and constitutes unauthorized copying, reproduction, distribution, creation of a derivative work and/or public display thereof.

48. Defendant never sought nor obtained Plaintiff's permission to use the protected expression of Restin Dane and continue to infringe Restin Dane in various ways.

49. On information and belief, Defendant has earned, and will continue to earn, substantial sums though the exploitation of Roland Deschain and The Dark Tower series.

50. On information and belief, Defendant King's infringing acts were willful, deliberate and committed with knowledge of Plaintiff's copyright. Defendant willfully, wantonly, and in conscious disregard and intentional indifference to the rights of Plaintiff made and distributed in the United States, caused to be made and distributed in the United States, and aided, abetted, contributed to, and participated in the unauthorized making and distribution of Roland Deschain in The Dark Tower Series. Defendant either knew, or should have reasonably known, that Restin Dane was protected by copyright and the Roland Deschain character infringed on Plaintiff's copyright.

51. As a direct result of the Defendant King's wrongful conduct, Defendant King has realized and will realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to 17 U.S.C. § 504. The amount of these profits will be determined at the time of trial, which are expected to exceed $500MM.

**COUNT II**

**VICARIOUS COPYRIGHT INFRINGMENT**

52. Paragraphs 1-42 are re-alleged and incorporated by reference herein.

53. Restin Dane and the rendered expression and elements therein, constitutes copyrightable expression protected by Copyright Act 17 U.S.C. § 101 et seq.

54. Plaintiff, as copyright owner of Restin Dane and under 17 U.S.C. § 106 and 501, is a legal and beneficial owner of the exclusive rights to reproduce Restin Dane in copies, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work and display the copyrighted work publicly.

55. Defendant King had a high degree of access to Restin Dane before Roland Deschain was created.

56. Defendant King's character, Roland Deschain, is substantially similar to Plaintiff's character, Restin Dane, and constitutes unauthorized copying, reproduction, distribution, creation of a derivative work and/or public display thereof.

57. Defendant King intentionally induced, encouraged or materially contributed to the direct infringement by overseeing, supervising, controlling, approving and/or encouraging development, production, publication and distribution of Roland Deschain. Defendant King had the final authority to green-light the publication of Roland Deschain. Such acts demonstrate Defendant King's continuing connection to direct infringement of Restin Dane.

58. As a direct and proximate result of Defendant King's vicarious infringement of Plaintiff's copyright interest in Restin Dane, Defendant King has made or will make profits attributable to the infringement which are expected to exceed $500MM. The amount of these profits will be determined at the time of trial.

59. Plaintiff has been and will continue to be damaged as a direct and proximate result of Defendant King's continuing acts of vicarious infringement and threatened infringement including but not limited to lost revenues, profits, damaged relations with prospective business partners and continuing loss of value of its copyright interests in Restin Dane.

60. Defendant never sought nor obtained Plaintiff's permission to use the protected expression of Restin Dane and continue to infringe Restin Dane in various ways.

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiff respectfully requests that this Honorable enter the following relief:**

1. That the Court enter judgment in favor of Plaintiff and against Defendant King, as well as any and all other conspiring Defendants that may be discovered.

2. That the Court enter a declaratory judgment that the Defendant King, any and all other conspiring Defendants that may be discovered, has committed

copyright infringement in connection with their creation, production, publication, exhibition and dissemination of Roland Deschain;

3. That Defendant King, any and all other conspiring Defendants that may be discovered, their officers, agents, servants, employees and all persons in active concert or participation with them, be preliminarily and permanently restrained and enjoined from copying, reproducing, exhibiting, distributing, disseminating or displaying Roland Deschain.

4. That Defendant King be ordered to turn over all copies of The Dark Tower series made in violation of Plaintiff's copyright interests, including but not limited to film negatives, tapes or other articles by which such copies may be produced and order the destruction thereof;

5. That Plaintiff recover actual and compensatory damages for the Defendant King's wrongdoing in an amount to be established at trial, together with pre-judgment and post-judgment interest thereon at the highest legal rate;

6. That Plaintiff, to the extent under the Copyright Act, 17 U.S.C. § 504 and 505, recover statutory damages as well as it attorneys' fees and the costs relating to any independent act of infringement committed by any and all of the Defendants, that may be discovered, that occurred after Plaintiff's registration of its copyright with the United States Copyright Office.

7. That Plaintiff recover its proven damages in accordance with the Copyright Act, 17 U.S.C. § 504 and other applicable law; and

8. Such other relief as this Court may deem just and proper.

**JURY TRIAL DEMAND**

Plaintiff respectfully demands a trial by jury on all claims and issues so triable.

DATED this 28th day of March, 2017.

Pursuant to NRS 53.045, I declare under penalty of Perjury that the foregoing is true and correct.

_______________ *(signature)*

**BENJAMIN M DUBAY, PRO SE**
**& WILLIAM B DUBAY, LLC**
852 W AMERICAN EAGLE DR
ST AUGUSTINE FL 32092
727-656-3595
BENJAMINDUBAY@GMAIL.COM
☐ Plaintiff/ ☐ Defendant, In Proper Person